IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>              Plaintiff,                   )<br>                                                     )          8:12CR311<br>   vs.                                           )<br>                                                     )          ORDER<br>THOMAS LAYMAN,                  )<br>                                                     )<br>              Defendant.              ) | |

This matter is before the court on defendant's MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS [246]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 30-day extension. Pretrial Motions shall be filed by January 4, 2013.

**IT IS ORDERED:**

1.  Defendant's MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS [246] is granted. Pretrial motions shall be filed on or before **January 4, 2013.**

2.  The defendant is ordered to file a waiver of speedy trial as soon as practicable.

3.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between December 5, 2012 and January 4, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 5th day of December, 2012.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge